# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH PATHAK,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT,<br><br>    Respondent. | Case No. 1:26-cv-01829-JLT-SAB-HC<br><br>ORDER RECONSIDERING ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF Nos. 2, 8)<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO ADD COUNSEL FOR PETITIONER AND SERVE DOCUMENTS<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 9, 2026, the Court denied Petitioner's motion for appointment of counsel without prejudice, noting that "if upon review of Respondent's response to the petition, the Court finds that the legal issues are more complex than they currently appear, the Court may revisit Petitioner's request for counsel." (ECF No. 8 at 2.)

Having reviewed Respondent's response and given the complexity of the legal issues involved, the Court has reconsidered the order denying appointment of counsel and has determined that the interests of justice require the appointment of counsel for Petitioner. See 18

1

U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Based on the appointment of counsel, the Court sua sponte grants Petitioner leave to file an amended petition.

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion for appointment of counsel (ECF No. 2) is GRANTED.

2. Jacqueline Brown is APPOINTED to represent Petitioner for the duration of the proceedings in this Court.

3. The Clerk of Court shall update the docket to add Jacqueline Brown, University of San Francisco School of Law, Immigration & Deportation Defense Clinic, 2130 Fulton Street, San Francisco, CA 94117, 415-422-3330, jmbrown@usfca.edu, as counsel for Petitioner.

4. The Clerk of the Court shall serve a copy of this order, a copy of Petitioner's application for a writ of habeas corpus (ECF No. 1), and Respondents' response (ECF No. 10) on Jacqueline Brown, jmbrown@usfca.edu.

5. Within **TWENTY-ONE (21) days** of the date of service of this order, Petitioner MAY FILE an amended petition or a notice that he will proceed with his original pro se petition.

6. Within FOURTEEN (14) days of the date of service of Petitioner's filing, Respondent SHALL file either an amended response or a notice indicating that they will stand on the previously filed response.

7. Within SEVEN (7) days of the date of service of Respondent's filing, Petitioner MAY file a reply.[1]

IT IS SO ORDERED.

Dated:   **April 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] If the parties agree on a different briefing schedule, they may submit a joint proposed order to the Court based on their stipulation.