**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJESH PATHAK,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | No. 1:26-cv-01829 JLT SAB (HC)<br><br>A File: 240-464-879<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 19, 21, 23) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 6, 2026, the magistrate judge issued findings and recommendations that Respondent's motion to dismiss be granted and the first amended petition for writ of habeas corpus be dismissed without prejudice. (Doc. 23.) On August 20, 2026, Petitioner filed timely objections. (Doc. 24.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. In reaching this conclusion, the Court has carefully considered the medical evidence submitted by the parties related to Petitioner's contention that release is the only way to ensure his high blood pressure is brought under control. On balance, the record suggests that the facility is taking his

condition seriously and has repeatedly adjusted his care plan in an attempt to bring his blood pressure under control. (*See generally* Doc. 30.) The fact that the treatments are not proving consistently effective does not justify release. In short, the record continues to support the magistrate judge's conclusion "that measures short of release can address any alleged inadequacy of medical care." (Doc. 23.)

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 6, 2026 (Doc. 23) are **ADOPTED IN FULL**.
2. Respondent's motion to dismiss (Doc. 21) is **GRANTED**.
3. The first amended petition for writ of habeas corpus (Doc. 19) is **DISMISSED WITHOUT PREJUDICE**.
4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: _October 20, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE